**FILED**
August 16, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MANPREET SINGH, ) <br> ) <br> Defendant. ) | Case No. MAG. 07-0261 DAD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MANPREET SINGH</u>, Case No. <u>MAG. 07-0261 DAD</u>, Charge <u>Title 18 USC § 2; 1341</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __ Release on Personal Recognizance

     X  Bail Posted in the Sum of $ <u>50,000.00</u>

     X  Unsecured Appearance Bond

     __ Appearance Bond with 10% Deposit

     __ Appearance Bond with Surety

     __ Corporate Surety Bail Bond

     X  (Other) <u>Pretrial Services Supervision of Conditions of Release</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 16, 2007</u> at <u>3:00</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge