McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED

AUG 1 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> IFTIKHAR AHMAD, <br> MANPREET SINGH, and <br> ROBERTO ORTIZ ALFARO, <br> Defendants. | MAG. NO.2:07-MJ-0261 DAD <br><br> APPLICATION AND ORDER <br> FOR UNSEALING COMPLAINT |

On August 16, 2007, the complaint was filed in the above-referenced case. Because defendants Iftikhar Ahmad, Manpreet Singh, and Roberto Ortiz Alfaro have now been arrested, it is no longer necessary for the complaint to be sealed. Accordingly, the government respectfully requests that the complaint and supporting affidavit be unsealed.

DATED: 8/16/07

McGREGOR W. SCOTT
United States Attorney

/s/ Courtney J. Linn
COURTNEY J. LINN
Assistant U.S. Attorney

**ORDER**

For cause shown, IT IS SO ORDERED:

DATED: 8/16/07

	_____
	DALE A. DROZD
	United States Magistrate Judge