1  JOHN M. RUNFOLA SBN 96058
   Attorney at Law
2  Pier 9, Suite 100
   San Francisco, California 94101
3  Telephone: (415) 391-4243
   Facsimile: (415) 391-5161
4
   Attorney for Defendant
5  IFTIKHAR AHMAD

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,        )   Criminal No. CR-07-0386 WBS
12                                  )
         Plaintiff,                 )   **STIPULATION AND**
13                                  )   **[PROPOSED] ORDER TO**
         v.                         )   **CONTINUE OCTOBER 15, 2007**
14                                  )   **STATUS CONFERENCE AND**
   IFTIKHAR AHMAD, and              )   **EXCLUDE TIME**
15 MANPREET SINGH                   )
                                    )
16                                  )
         Defendants.                )
17 _____)

18
       IT IS HEREBY STIPULATED by and between Assistant United States Attorney,
19
   Courtney J. Linn, counsel for the plaintiff, John M. Runfola, counsel for IFTIKHAR
20
   AHMAD, and Krista Hart, counsel for MANPREET SINGH, that the status conference now
21
   scheduled for October 15, 2007 at 8:30 a.m.., is extended until December 10, 2007 at 8:30
22
   a.m., or as soon thereafter as is convenient for the Court.
23
       The Assistant United States Attorney has recently provided the defense with a
24
   substantial amount of discovery that must be reviewed by counsel. This continuance is
25
   sought by the defense in order to permit further review of discovery, continuation of on-
26
   going investigation, and consultation with the defendants.
27
       No party objects to the requested continuance.
28 //

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded from October 15, 2007 through December 10, 2007, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

**IT IS SO STIPULATED.**

Dated:     10/10 /2007                                    /s/                        
COURTNEY LINN
Counsel for Plaintiff

Dated:    10/08 /2007                                    /s/                        
JOHN M. RUNFOLA
Attorney for IFTIKHAR AHMAD

Dated:     10/09/2007                                    /s/                        
KRISTA HART
Counsel for MANPREET SINGH

**ORDER**

**IT IS SO ORDERED**

Dated:   October 12, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order                               - 2 -