JOHN M. RUNFOLA SBN 96058
Attorney at Law
Pier 9, Suite 100
San Francisco, California 94101
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
IFTIKHAR AHMAD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IFTIKHAR AHMAD, ) <br> ) <br> ) <br> Defendants. ) <br> _____) | Criminal No. CR-07-0386 WBS <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DECEMBER 10, 2007 STATUS CONFERENCE AND EXCLUDE TIME** |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Courtney J. Linn, counsel for the plaintiff, John M. Runfola, counsel for IFTIKHAR AHMAD, Krista Hart, counsel for MANPREET SINGH, and Linda Harter, counsel for JOSE SERRANO that the status conference now scheduled for December 10, 2007 at 8:30 a.m.., is extended until February 4, 2008 at 8:30 a.m., or as soon thereafter as is convenient for the Court.

The Assistant United States Attorney has recently provided the defense with a substantial amount of discovery that must be reviewed by counsel. This continuance is sought by the defense in order to permit further review of discovery, continuation of on-going investigation, and consultation with the defendants.

No party objects to the requested continuance.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded from December 10, 2007 through February 4, 2008, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

**IT IS SO STIPULATED.**

Dated:      11/30 /2007                          /s/
COURTNEY LINN
Counsel for Plaintiff

Dated:     11/30 /2007                          /s/
JOHN M. RUNFOLA
Attorney for IFTIKHAR AHMAD

Dated:      11/30/2007                          /s/
KRISTA HART
Counsel for MANPREET SINGH

Dated:      11/30/2007                          /s/
LINDA HARTER
Counsel for JOSE SERRANO

**ORDER**

**IT IS SO ORDERED**

Dated:  December 5, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order                             - 2 -