```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   EASTERN DISTRICT OF CALIFORNIA
 9                           ----oo0oo----
10  UNITED STATE OF AMERICA,
11           Plaintiff,              CR. NO. S-07-0386 WBS
12  vs.
13  IFTIKHAR AHMAD, JOSE SERRANO,
    and MANPRETTE SINGH,             RELATED CASE ORDER
14
             Defendants.
15  _____/
16
    UNITED STATES OF AMERICA,
17
             Plaintiff,              CR. NO. S-07-0545 EJG
18
    vs.
19
    JOHN NGO,
20
             Defendant.
21  _____/
22
23          Examination of the above-entitled actions reveals that
24  these actions are related within the meaning of Local Rule
25  123(a) (E.D. Cal. 1984).  CR. No. S-07-0386 WBS, United States of
26  America v. Iftikhar Ahmad, Jose Serrano, and Manpreet Singh, and
27  CR. No. S-07-0545 EJG, United States of America v, John Ngo involve
28  many of the same properties, transactions, and events.
```

1  Accordingly, the assignment of the matters to the same judge is
2  likely to effect a substantial saving of judicial effort and is
3  also likely to be convenient for the parties.
4        The parties should be aware that relating the cases under
5  Local Rule 123 merely has the result that both actions are assigned
6  to the same judge; no consolidation of the actions is effected.
7  Under the regular practice of this court, related cases are
8  generally assigned to the judge and magistrate to whom the first
9  filed action was assigned.
10     IT IS THEREFORE ORDERED that the actions denominated CR. No.
11 S-07-0386 WBS, <u>United States of America v. Iftikhar Ahmad, Jose</u>
12 <u>Serrano, and Manpreet Singh</u>, and CR. No. S-07-0545 EJG, <u>United</u>
13 <u>States of America v, John Ngo</u> should be, and the same hereby are,
14 deemed related and the case denominated CR. No. S-07-0545 EJG,
15 <u>United States of America v, John Ngo</u> shall be reassigned to the
16 Honorable WILLIAM B. SHUBB for all further proceedings.  Any dates
17 currently set in the reassigned case <u>only</u> are hereby VACATED.
18 Henceforth, the caption on documents filed in the reassigned case
19 shall be shown as CR. No. S-07-0545 WBS, <u>United States of America</u>
20 <u>v, John Ngo</u>.
21       The parties are directed to appear for a status
22 conference on Monday, December 17, 2007, at 8:30 a.m. in Courtroom
23 No. 5.
24       IT IS FURTHER ORDERED  that the Clerk of the Court
25 //
26 //
27 //
28 //

1  make appropriated adjustment in the assignment of criminal cases
2  to compensate for this reassignment.
3  DATED:   December 13, 2007

         _____
         WILLIAM B. SHUBB
         UNITED STATES DISTRICT JUDGE