```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                            ----oo0oo----
```

UNITED STATE OF AMERICA,

        Plaintiff,             CR. NO. S-07-0386 WBS

vs.

IFTIKHAR AHMAD, JOSE SERRANO,
and MANPRETTE SINGH,            RELATED CASE ORDER

        Defendants.
_____/

UNITED STATES OF AMERICA,

        Plaintiff,             CR. NO. S-07-0545 EJG

vs.

JOHN NGO,

        Defendant.
_____/

        Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1984).  CR. No. S-07-0386 WBS, <u>United States of America v. Iftikhar Ahmad, Jose Serrano, and Manpreet Singh</u>, and CR. No. S-07-0545 EJG, <u>United States of America v, John Ngo</u> involve many of the same properties, transactions, and events.

1  Accordingly, the assignment of the matters to the same judge is
2  likely to effect a substantial saving of judicial effort and is
3  also likely to be convenient for the parties.
4      The parties should be aware that relating the cases under
5  Local Rule 123 merely has the result that both actions are assigned
6  to the same judge; no consolidation of the actions is effected.
7  Under the regular practice of this court, related cases are
8  generally assigned to the judge and magistrate to whom the first
9  filed action was assigned.
10     IT IS THEREFORE ORDERED that the actions denominated CR. No.
11 S-07-0386 WBS, United States of America v. Iftikhar Ahmad, Jose
12 Serrano, and Manpreet Singh, and CR. No. S-07-0545 EJG, United
13 States of America v, John Ngo should be, and the same hereby are,
14 deemed related and the case denominated CR. No. S-07-0545 EJG,
15 United States of America v, John Ngo shall be reassigned to the
16 Honorable WILLIAM B. SHUBB for all further proceedings.  Any dates
17 currently set in the reassigned case only are hereby VACATED.
18 Henceforth, the caption on documents filed in the reassigned case
19 shall be shown as CR. No. S-07-0545 WBS, United States of America
20 v, John Ngo.
21     The parties are directed to appear for a status
22 conference on Monday, December 17, 2007, at 8:30 a.m. in Courtroom
23 No. 5.
24     IT IS FURTHER ORDERED  that the Clerk of the Court
25 //
26 //
27 //
28 //

1  make appropriated adjustment in the assignment of criminal cases
2  to compensate for this reassignment.
3  DATED:   December 13, 2007
4
5  _____
   WILLIAM B. SHUBB
6  UNITED STATES DISTRICT JUDGE