1  JOHN M. RUNFOLA SBN 96058
   Attorney at Law
2  Pier 9, Suite 100
   San Francisco, California 94101
3  Telephone: (415) 391-4243
   Facsimile: (415) 391-5161
4
   Attorney for Defendant
5  IFTIKHAR AHMAD

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11                                           )
    UNITED STATES OF AMERICA,                )   Criminal No. CR-07-0386 WBS
12                                           )
              Plaintiff,                     )   **STIPULATION AND**
13                                           )   **[PROPOSED] ORDER TO**
          v.                                 )   **CONTINUE FEBRUARY 4, 2008**
14                                           )   **STATUS CONFERENCE AND**
    IFTIKHAR AHMAD, et al.,                  )   **EXCLUDE TIME**
15                                           )
                                             )
16                                           )
              Defendants.                    )
17  _____)

18
         IT IS HEREBY STIPULATED by and between Assistant United States Attorney,
19
    Courtney J. Linn, counsel for the plaintiff, John M. Runfola, counsel for IFTIKHAR
20
    AHMAD, Krista Hart, counsel for MANPREET SINGH, and Linda Harter, counsel for JOSE
21
    SERRANO  that the status conference now scheduled for February 4, 2008 at 8:30 a.m.., is
22
    extended until March 3, 2008 at 8:30 a.m., or as soon thereafter as is convenient for the
23
    Court.
24
         The Assistant United States Attorney has recently provided the defense with a
25
    substantial amount of discovery that must be reviewed by counsel.  This continuance is
26
    sought by the defense in order to permit further review of discovery, continuation of on-
27
    going investigation, and consultation with the defendants.
28
         No party objects to the requested continuance.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded from February 4, 2008 through March 3, 2008, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

**IT IS SO STIPULATED.**

Dated:   1/30 /2008                                   /s/  Courtney Linn
                                                                  COURTNEY LINN
                                                                  Counsel for Plaintiff


Dated:   1/30 /2008                                    /s/John M. Runfola
                                                                  JOHN M. RUNFOLA
                                                                  Attorney for IFTIKHAR AHMAD


Dated:   1/30/2008                                     /s/Krista Hart
                                                                  KRISTA HART
                                                                  Counsel for MANPREET SINGH


Dated:   1/30/2008                                     /s/ Linda Harter
                                                                  LINDA HARTER
                                                                  Counsel for JOSE SERRANO

**ORDER**

**IT IS SO ORDERED**

Dated: February 1, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order                                   - 2 -