```
 1  KRISTA HART
    Attorney at Law
 2  State Bar No. 199650
    428 J Street, Suite 350
 3  Sacramento, CA  95814
    (916) 498-8398
 4

 5  Attorney for Defendant
    Manpreet Singh
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    THE UNITED STATES OF            )  No. Cr.S. 07-386 WBS
12  AMERICA                         )
                                    )
13              Plaintiffs,         )  WAIVER OF DEFENDANT'S APPEARANCE
                                    )
14       v.                         )
                                    )
15  MANPREET SINGH,                 )
                                    )
16              Defendant.          )
                                    )
17  _____
```

18      The defendant, Manpreet Singh, hereby waives her right to be
19 present in open court upon the hearing of any motion or other
20 proceeding in this cause, including, but not limited to, when the case
21 is ordered set for trial, when a continuance is ordered, and when any
22 other action is taken by the court before or after trial, except upon
23 arraignment, plea, impanelment of a jury and imposition of sentence.
24 Ms. Harris hereby requests the court to proceed during every absence of
25 her which the court may permit pursuant to this waiver; agrees that her
26 interest will be deemed represented at all times by the presence of her
27 attorney, the same as if the defendant were personally present; and
28 further agrees to be present in court ready for trial any day and hour

the court may fix in her absence.

   Defendant further acknowledges that she has been informed of her rights under sections 3161 - 3174 of Title 18 of the United States Code (Speedy Trial Act), and has authorized her attorney to set times and delays under the provisions of that Act without defendant being present.

DATED: February 29, 2008            I hereby consent to this waiver.

                                    /s/ Manpreet Singh
                                    (original signature in file)
                                    Manpreet Singh - Defendant


DATED: February 29, 2008            I hereby consent to this waiver.

                                    /s/ Krista Hart
                                    KRISTA HART
                                    Attorney for Defendant
                                    Manpreet Singh


                              ORDER

Approved and so ordered.

DATED: February 29, 2008

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

2