UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATE OF AMERICA,

        Plaintiff,                 CR. NO. S-07-0386 WBS

vs.

IFTIKHAR AHMAD, JOSE SERRANO,
and MANPRETTE SINGH,                ORDER

        Defendants.
_____/

        On March 10, 2008, defendant Manprette Singh appeared before this court, with counsel, for the purpose of entering a plea of guilty to the charge in Count Ten of the Superseding Indictment, pursuant to a written plea agreement. This matter is now referred to the duty Magistrate Judge for the purpose of satisfying all of the requirements of Rule 11(b) of the Federal Rules of Criminal Procedure. Particularly, pursuant to Rule 11(b)(2) and (3), the Magistrate Judge shall address the defendant personally on the record and ensure that the plea is voluntary and that there is a factual basis for the plea. If the Magistrate Judge determines that there is a factual basis for the plea, that finding, together with a statement of the reasons therefor, shall be set forth on the record.

1        A written transcript shall be prepared of the proceedings
2   before the Magistrate Judge and the findings of the Magistrate
3   Judge pursuant to this Order, and filed with the court prior to
4   defendant's next appearance before the undersigned judge.
5        This matter is continued to March 31, 2008, at 8:30 a.m.
6   If the transcript referred to above is not filed prior to that
7   date, on the written application of the parties, the matter may be
8   continued to another date on this court's criminal calendar.
9        IT IS SO ORDERED.
10  DATED:   March 10, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE