```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                           ----oo0oo----

UNITED STATES OF AMERICA,

          Plaintiff,              CR. NO. 07-386 WBS KJM

vs.

IFTIKHAR AHMAD, JOSE SERRANO,
and MANPREET SINGH,               RELATED CASE ORDER

          Defendants.
_____/

UNITED STATES OF AMERICA,

          Plaintiff,              CR. NO. 07-545 WBS DAD

vs.

JOHN NGO,

          Defendant.
_____/

UNITED STATES OF AMERICA,

          Plaintiff,              CR. NO. 08-269 EJG KJM

vs.

JOEL BLANFORD,

          Defendant.
_____/
```

```
UNITED STATES OF AMERICA,
          Plaintiff,                    CR. NO. 08-275 LKK
vs.
WILLIAM T. BRIDGE,
          Defendant.
_____/
```

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123(a) because they arise from the same investigation and involve overlapping transactions and events.  E. Dist. of Cal. Local R. 83-123(a).  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated <u>United States v. Ahmad et al.</u>, Cr. No. 07-386 WBS KJM, <u>United States v. Ngo</u>, Cr. No. 07-545 WBS DAD, <u>United States v. Blanford</u>, Cr. No. 08-269 EJG KJM, and <u>United States v. Bridge</u>, Cr. No. 08-275 LKK be, and the same hereby are, deemed related and the case denominated <u>United States v. Ngo</u>, Cr. No. 07-545 WBS DAD, shall remain with the Honorable WILLIAM B. SHUBB and be

1  reassigned to Magistrate Judge Kimberly J. Mueller; the case
2  denominated United States v. Blanford, Cr. No. 08-269 EJG KJM
3  shall be reassigned to the Honorable WILLIAM B. SHUBB and remain
4  with Magistrate Judge Kimberly J. Mueller; and the case
5  denominated United States v. Bridge, Cr. No. 08-275 LKK shall be
6  reassigned to the Honorable WILLIAM B. SHUBB and be assigned to
7  Magistrate Judge Kimberly J. Mueller for all further
8  proceedings.  Any dates currently set in the reassigned cases
9  only are hereby VACATED.  Henceforth, the caption on documents
10 filed in the reassigned case shall be shown as United States v.
11 Ahmad et al., Cr. No. 07-386 WBS KJM.
12         IT IS FURTHER ORDERED that the Clerk of the Court
13 make appropriated adjustment in the assignment of criminal cases
14 to compensate for this reassignment.
15 DATED:  June 13, 2008

                _____
                WILLIAM B. SHUBB
                UNITED STATES DISTRICT JUDGE