JOHN M. RUNFOLA SBN 96058
Attorney at Law
Pier 9, Suite 100
San Francisco, California 94101
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
IFTIKHAR AHMAD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>IFTIKHAR AHMAD,<br><br>    Defendant.<br>_____ | Criminal No. CR-07-0386 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE AUGUST 25, 2008 JUDGMENT AND SENTENCING DATE AND EXCLUDE TIME** |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Courtney J. Linn, counsel for the plaintiff, John M. Runfola, counsel for IFTIKHAR AHMAD, that the judgment and sentencing date now scheduled for August 25, 2008 at 8:30 a.m.., is extended until September 22, 2008 at 8:30 a.m., or as soon thereafter as is convenient for the Court.

Scott Storey, United States Probation Officer, recently (7/14/08) contacted counsel for the defense requesting to schedule an interview with the defendant within three days. Counsel for the defense is currently in trial on the matter of People v. Eric Hunt in the San Francisco Superior Court and trial is expected to last the entire month of July 2008. Therefore, a presentence probation interview will not be held until the first or second week of August 2008. This continuance is sought by the defense in order to allow adequate timing

for the preparation and disclosure of the proposed presentence report.

No party objects to the requested continuance.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded from August 25, 2008 through September 22, 2008, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

**IT IS SO STIPULATED.**

Dated:     7/18 /2008                                    _____/s/_____
                                                                          COURTNEY LINN
                                                                          Counsel for Plaintiff

Dated:     7/18 /2008                                    _____/s/_____
                                                                          JOHN M. RUNFOLA
                                                                          Attorney for IFTIKHAR AHMAD

**ORDER**

**IT IS SO ORDERED**

Dated:   July 22, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order                              - 2 -