JOHN M. RUNFOLA SBN 96058
Attorney at Law
Pier 9, Suite 100
San Francisco, California 94101
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
IFTIKHAR AHMAD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>IFTIKHAR AHMAD,<br><br>          Defendants. | Criminal No.CR-07-0386 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRESENTENCE REPORT DISCLOSURE SCHEDULE** |

THE UNDERSIGNED PARTIES HEREBY STIPULATE to the following PSR disclosure schedule: The Proposed PSR report shall be disclosed to counsel no later than August 18, 2008; Objections by September 2, 2008; Final report to the Court September 8, 2008; Defendant's Sentencing memorandum due by September 15, 2008

.

**IT IS SO STIPULATED.**

Dated:      7/ 18/2008              _____/s/_____
                                    COURTNEY LINN
                                    Counsel for Plaintiff

- 1 -

Dated:     7/18 /2008                              _____/s/_____
                                                   JOHN M. RUNFOLA
                                                   Attorney for IFTIKHAR AHMAD

**ORDER**

**IT IS SO ORDERED**

Dated:   July 22, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE