KRISTA HART
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Defendant
Manpreet Singh

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. Cr.S. 07-386 WBS |
| Plaintiffs, ) | **DEFENDANT'S SENTENCING MEMORANDUM** |
| v. ) | |
| MANPREET SINGH, ) | February 23, 2009 |
| Defendant. ) | 8:30 a.m. |
| ) | The Hon. William B. Shubb |

Manpreet Singh, by and through counsel, submits the following sentencing memorandum.

The government has filed a motion requesting this Court sentence Ms. Singh to 11 months: five months served in custody and six months served on home detention.  (Dkt 118) The defense does not object to the total of 11 months, the defense requests this Court sentence Ms. Singh to less time in custody and more time on home detention.

Ms. Singh is a single mother, she is the primary care giver for her daughter, Nazneen. Manpreet works part-time at Kaiser Permanente and supports her daughter with her income from Kaiser and with the help of the child's father, Amir Ahmed.

Ms. Singh will owe $163,500 in restitution as a result of her conduct in this case.  In

order to make payments toward that restitution she will need a job.  If Ms. Singh goes into custody for five months, she will lose her job and will be unable to make payments.  Admittedly, she will not be able to make large payments toward her restitution on the wages she earns at Kaiser Permanente, but she will at least be able to make some payments.  The prospects of getting another job after five months in custody are dim with a felony conviction and the current state of the economy.

      Ms. Singh's conduct in this case appears to be out of character for her.  As this Court can see from the letters attached hereto as Exhibit A, Ms. Singh is usually a devoted mother, a hard worker and a dedicated friend.  She has no criminal history - not so much as a traffic ticket.  While she understands what she did was wrong and that she must pay a price, she wants to make things right by paying restitution and setting a good example for her daughter.

      The defense requests this Court sentence Ms. Singh to less time in custody and more time on home detention.

DATED: February 18, 2009

                                                              */s/ Krista Hart*  
                                                              Attorney for Defendant  
                                                              Manpreet Singh