LAWRENCE G. BROWN
Acting United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MENPREET SINGH,<br><br>    Defendant. | 2:07-CR-386 WBS<br><br>MOTION TO DISMISS FORFEITURE ALLEGATION and [~~PROPOSED~~] ORDER DISMISSING FORFEITURE ALLEGATION |

Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the forfeiture allegation against Manpreet Singh, filed on March 21, 2008, in CR. No. S-07-386 WBS. On March 31, 2008, the defendant pleaded guilty to Count One of the Superseding Indictment charging a violation of 18 U.S.C. § 1341. In her plea agreement, the defendant agreed to forfeit property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

On March 5, 2009, the Court sentenced the defendant to 60 months probation with the condition that the defendant pay $1,000 in monthly restitution. No final order of forfeiture was entered by the Court.

1

Due to the fact the property lien-holder has moved to foreclose the property, the government has chosen not to pursue forfeiture. Consequently, the government did not file a preliminary order of forfeiture. The government hereby moves to dismiss the forfeiture allegation contained in the Superseding Indictment filed on March 21, 2008.

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

Date: March 5, 2009      By:  /s/ Kyle Reardon
                              KYLE REARDON
                              Assistant U.S. Attorney

                              Attorneys for the Plaintiff
                              UNITED STATES OF AMERICA

**O R D E R**

APPROVED AND SO ORDERED:

DATED:  March 9, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE